IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 NOV 16 PM 1: 41

OFFICE OF THE CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 4:06CR3167
)
)
ISAIAS VENTURA, )
)
Defendant. )

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion for Screening for Treament and Order under seal.

DATED this 16th day of November, 2006.

BY THE COURT:

The Honorable Richard G. Kopf
United States District Judge