FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 DEC 20 PM 2:02

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:06CR3167 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ISAIAS VENTURA, ) | |
| Defendant. ) | |

THIS MATTER came before the Court on the ____ day of December, 2006, on the Motion of the Defendant for an order to seal certain documents. (Filing No. ___)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the documents named in Defendant's Motion to Seal shall be filed under seal.

BY THE COURT:

Date: 12-20-06

_[signature]_