```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3167 |
| | ) | |
| v. | ) | |
| | ) | |
| ISAIAS VENTURA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has moved for a sixty-day continuance of his trial currently set for January 8, 2007 so that he can complete his recommended treatment program at Campus for Hope. Filing 25. Counsel for the defendant also states that since she was recently appointed, additional time is needed to prepare for trial. Counsel for the government does not oppose the requested continuance. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS ORDERED:

1. The defendant's trial is set to commence at 9:00 a.m. on March 19, 2007 for a duration of four trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial.

2. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and March 19, 2007 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 26th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge