IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ISAIAS VENTURA, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the parties have advised the undersigned that the Rule 35(b) motion is not ripe for decision. Accordingly,

IT IS ORDERED that counsel for the government shall notify the court when the motion for reduction in sentence pursuant to Rule 35(b) (filing 66) is ripe for decision. The motion shall not be decided until counsel for the government certifies that the motion is ripe.

March 17, 2008.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge